B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Middle District of Tennessee

In re  NEW LIFE INTERNATIONAL  
Debtor(s)

Case No.  13-10974-RM3-11  
Chapter  11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Abbotts, Robert T.<br>718 Ashmeade Rd.<br>Charlotte, NC 28211-4242 | Abbotts, Robert T.<br>718 Ashmeade Road<br>Charlotte, NC 28211-4242<br>704-366-1621 | Annuitant - CGA | | 374,251.16 |
| Barnett, Charlotte<br>9253 White Cliff Way<br>Indianapolis, IN 46234 | Barnett, Charlotte<br>9253 White Cliff Way<br>Indianapolis, IN 46234<br>317-273-0813 | Annuitant - CGA | | 428,223.13 |
| Dillon, Helene<br>c/o Western Nat'l Trust Co.<br>PO Box 40430<br>Reno, NV 89504 | Dillon, Helene<br>c/o Western National Trust Company<br>PO Box 40430<br>Reno, NV 89504<br>775-884-1113 | Annuitant - CGA | | 850,202.70 |
| Gorman, Vivian E.<br>672 W. Hollis St.<br>Nashua, NH 03062 | Gorman, Vivian E.<br>672 W. Hollis St.<br>Nashua, NH 03062<br>603-882-4608 | Annuitant - ChiP | | 537,968.46 |
| Hall, Carolyn H.<br>2412 Churchill Drive<br>Wilmington, NC 28403 | Hall, Carolyn H.<br>2412 Churchill Drive<br>Wilmington, NC 28403<br>910-762-4956 | Annuitant - ChiP | | 482,463.19 |
| Heihl, Karen<br>12827 Minx Rd.<br>La Salle, MI 48145 | Heihl, Karen<br>12827 Minx Rd.<br>La Salle, MI 48145<br>734-269-2214 | Annuitant - CGA | | 966,088.04 |
| Hyneman, Michael<br>308 Patriots Landing<br>Coatesville, IN 46121 | Hyneman, Michael<br>308 Patriots Landing<br>Coatesville, IN 46121<br>765-386-2269 | Annuitant - CGA | | 371,664.61 |
| Lentz, Ruth R.<br>2524 Richmar Dr.<br>Dayton, OH 45434 | Lentz, Ruth R.<br>2524 Richmar Dr.<br>Dayton, OH 45434<br>937-426-4403 | Annuitant - CGA | | 409,993.60 |
| Mack, Robert<br>185 N. Airport Way<br>Manteca, CA 95337 | Mack, Robert<br>185 N. Airport Way<br>Manteca, CA 95337<br>209-823-7466 | Annuitant - CGA | | 368,414.39 |

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Malone, Michael K.<br>64 Trinity St.<br>Newton, NJ 07865 | Malone, Michael K.<br>64 Trinity St.<br>Newton, NJ 07865<br>973-383-1550 | Annuitant - CGA | | 361,205.07 |
| McCabe, Richard A.<br>8271 S. Continental Divide Rd. #304<br>Littleton, CO 80127 | McCabe, Richard A.<br>8271 S. Continental Divide Rd. #304<br>Littleton, CO 80127<br>720-981-9273 | Annuitant - ChiP | | 488,551.82 |
| Nation, Florence<br>345 Genoa Red Bluff<br>Houston, TX 77034 | Nation, Florence<br>345 Genoa Red Bluff<br>Houston, TX 77034<br>713-944-3085 | Annuitant - ChiP | | 684,878.70 |
| Rice, James D.<br>744 Willowhead<br>Naples, FL 34103 | Rice, James D.<br>744 Willowhead<br>Naples, FL 34103<br>941-434-7162 | Annuitant - CGA | | 585,139.65 |
| Rice, Sharon<br>744 Willowhead<br>Naples, FL 34103 | Rice, Sharon<br>744 Willowhead<br>Naples, FL 34103<br>941-434-7162 | Annuitant - CGA | | 585,139.65 |
| Speer, Sandra<br>18 Santa Cruz Rd.<br>Tuckerton, NJ 08057 | Speer, Sandra<br>18 Santa Cruz Rd.<br>Tuckerton, NJ 08057<br>609-276-1479 | Annuitant - CGA | | 440,236.53 |
| Stetzer, Grace M.<br>8629 LaLosa Dr. West<br>Jacksonville, FL 32217 | Stetzer, Grace M.<br>8629 LaLosa Dr. West<br>Jacksonville, FL 32217<br>904-731-8533 | Annuitant - ChiP | | 448,815.20 |
| Stetzer, Mark<br>8629 LaLosa Dr. West<br>Jacksonville, FL 32217 | Stetzer, Mark<br>8629 LaLosa Dr. West<br>Jacksonville, FL 32217<br>904-731-8533 | Annuitant - ChiP | | 448,815.20 |
| Stolarz, Dorothy P.<br>59 Maple Ridge Dr.<br>Somers, CT 06071 | Stolarz, Dorothy P.<br>59 Maple Ridge Dr.<br>Somers, CT 06071<br>860-749-2111 | Annuitant - CGA/ChiP | | 1,504,968.92 |
| Taylor, Richard M.<br>501 Haverhill Lane<br>Colleyville, TX 76034 | Taylor, Richard M.<br>501 Haverhill Lane<br>Colleyville, TX 76034<br>817-656-9596 | Annuitant - CGA | | 821,905.31 |
| Waits, Sybil Turner<br>565 Mountain Way NE<br>Atlanta, GA 30342 | Waits, Sybil Turner<br>565 Mountain Way NE<br>Atlanta, GA 30342<br>404-255-8377 | Annuitant - CGA | | 343,250.92 |

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the PRESIDENT of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date December 31, 2013            Signature  /s/ ROBBY MCGEE
                                              ROBBY MCGEE
                                              PRESIDENT

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.