UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

IN RE: )
 )
**NEW LIFE INTERNATIONAL,** )     Case No. 13-10974
 )     Chapter 11
 )     Judge Mashburn
            Debtor. )

**APPOINTMENT AND NOTICE OF APPOINTMENT OF**
**OFFICIAL COMMIITTEE OF UNSECURED CREDITORS**

Pursuant to 11 U.S.C. § 1102, the U.S. Trustee hereby appoints and gives notice of the appointment of the following members to the Official Committee of Unsecured Creditors in the Chapter 11 Case for New Life International, case number 13-10974:

Robert T. Abbotts
718 Ashmeade Rd
Charlotte, NC 28211
(704) 607-2976
STTOBBA@AOL.COM

Dorthy F. Mack
185 N. Airport Way
Manteca, CA 95337
(209) 470-2772
12dorthy52631@comcast.net

James D. Rice
744 Willowhead Drive
Naples, FL 34103
(239) 774-7162
JRice157@embarqmail.com

Richard M. Taylor
501 Haverhill Lane
Colleyville, TX 76034
(817)656-9596
RANDSTAYLOR@VERIZON.NET

Sharon L. Upton-Rice
744 Willowhead Drive
Naples, FL 34103
(239) 774-7162
Sharonsthereepups@gmail.com

The Organizational meeting was held on February 5, 2014 and the Committee elected Richard M Taylor as Chairman.

Respectfully submitted,

SAMUEL K. CROCKER,
UNITED STATES TRUSTEE, REGION 8

/S/ CHARLES M. WALKER, (TN BPR #19884)
Charles M. Walker, Trial Attorney
Office of the U. S. Trustee, Region 8
318 Customs House, 701 Broadway
Nashville, TN  37203
Tel:     (615) 736-2254
Fax:     (615) 736-2260
Email:   Charles.Walker@usdoj.gov

**CERTIFICATE OF SERVICE**

    I hereby certify that on February 11, 2014, a copy of the attached Appointment and Notice will be placed in the U.S. Mail, postage prepaid or by electronic mail, addressed to each member of the committee and to the Debtor and Debtor's Counsel.

/s/ Charles M. Walker
CHARLES M. WALKER, Trial Attorney